IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AMARA JUWARA,

        Petitioner,

v.                                  CASE NO. 4:10cv495-SPM/WCS

UNITED STATES OF AMERICA, et al

        Respondent.

_____/

## ORDER

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated December 21, 2011 (doc. 7). Petitioner has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

I have determined that the report and recommendation should be adopted. Accordingly, it is hereby ORDERED as follows:

1. The magistrate judge's report and recommendation (doc. 7) is ADOPTED and incorporated by reference in this order.

2. The amended 2241 petition is summarily dismissed without

prejudice.

DONE AND ORDERED this 21st day of January, 2011.

*s/ Stephan P. Mickle*

Stephan P. Mickle
Chief United States District Judge